UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAWN LAWSON                                                                         PLAINTIFF

v.                              Case No. 4:19-CV-321-JM

STONEBROOK CONSULTING GROUP, LLC                         DEFENDANT

ORDER

Pending is Plaintiff's motion for default judgment.  (Doc. No. 5).  Pursuant to Fed. R. Civ. P. 55(a), a Clerk's Entry of Default was entered on June 4, 2019 after Defendant failed to respond after being served with Plaintiff's complaint.  "A default judgment by the court binds the party facing the default as having admitted all of the well pleaded allegations in the plaintiff's complaint." *Angelo Iafrate Constr., LLC v. Potashnick Constr.,* Inc., 370 F.3d 715, 722 (8th Cir.2004) (citing *Taylor v. City of Ballwin, Mo.,* 859 F.2d 1330, 1333 n.7 (8th Cir. 1988)). Where default has been entered, the "allegations of the complaint, except as to the amount of damages are taken as true." *Brown v. Kenron Aluminum & Glass Corp.,* 477 F.2d 526, 531 (8th Cir.1973).

Here, the complaint alleges that Defendant violated both the federal Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*. ("FDCPA") and the Arkansas Fair Debt Collection Practices Act, Ark. Code Ann. § 17-25-501, *et seq*. ("AFDCPA") when it began calling Plaintiff on her cell phone around May of 2018 and, when she answered, refused to identify the business on whose behalf the call was made.  Plaintiff disputed to the caller that she owed any debts related to writing a bad check, as Defendant's collectors claimed and told the collectors to stop calling her, but the calls continued.  There is no indication how of frequently, for what duration, and at what times Defendant continued to call Plaintiff, only that the calls were "unabated."

Treating the allegations of the complaint as true, Defendant violated 15 U.S.C. §§ 1692d, 1692d(5), 1692d(6), 1692e, 1692e(10), 1692g(a)(3), 1692g(b), and 1692f when it called Plaintiff repeatedly after she disputed owing the debt and told the callers to quit calling her and by failing to meaningfully disclose their identity and to disclose that the collectors were calling for Defendant.  These same actions constitute violations of the AFDCPA, Ark. Code Ann. § 17-24-505(a), (b)(5), (b)(6); § 17-24-506(a), (b)(10); and §17-24-507(a).

Plaintiff is not seeking any actual damages but is seeking statutory damages of $1,000 for the FDCPA violations and $1,000 for the AFDCPA violations.  15 U.S.C. §1692k and Ark. Code Ann. § 17-24-512(a)(2)(A) both allow the Court to award "such additional damages as the court may allow, but not exceeding $1,000" after considering "the frequency and persistence of noncompliance by the debt collector, the nature of the noncompliance, and the extend to which such noncompliance was intentional."  Based on the facts set forth in the complaint, the Court will award $250 in statutory damages for the FDCPA violations and $250 in statutory damages for the AFDCPA violations.

Both the FDCPA and the AFDCPA provide for attorney's fees and costs. § 1692k (a)(3); § 17-24-512(a)(3)(A).  According to the documentation provided to the Court, Plaintiff has incurred $2,465.50 in attorney's fees in pursuit of this action. The Court finds the attorney's fees that plaintiff has documented she incurred were necessary and reasonable. *Hensley v. Eckerhart,* 461 U.S. 424 (1983). The Court will also award plaintiff the cost of the filing fee in the amount of $550.00.

In sum, the Court finds Plaintiff is entitled to the entry of default judgment against Stonebrook Consulting Group, LLC, in the amount of $500.00, together with attorney's fees and costs in the amount of $3,015.50., for a total judgment of $3,515.50.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Dawn Lawson's motion for default judgment against Defendant Stonebrook Consulting Group, LLC, is **GRANTED.** (Doc. No. 5).

**IT IS FURTHER ORDERED** that Plaintiff Dawn Lawson is awarded statutory damages in the amount of Five Hundred Dollars ($500.00) against Defendant Stonebrook Consulting Group, LLC**.**

**IT IS FURTHER ORDERED** that Plaintiff Dawn Lawson is entitled to attorney's fees in the amount of $2,465.50 and costs in the amount of $550.00.

A separate judgment will be entered.

IT IS SO ORDERED this 29th day of July, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE