UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAWN LAWSON                                                                          PLAINTIFF

v.                          Case No. 4:19-CV-321-JM

STONEBROOK CONSULTING GROUP, LLC                         DEFENDANT

## DEFAULT JUDGMENT

THIS MATTER came before the Court upon Plaintiff Dawn Lawson's motion for default judgment against Defendant Stonebrook Consulting Group, LLC, a Clerk's Default having previously been entered (Document No. 4). The application for default judgment (Document No. 5) is well taken and should be GRANTED. Default judgment is entered in favor of Plaintiff against Stonebrook Consulting Group, LLC in the total amount of $3,515.50, representing a statutory damages of $500, attorney's fees of $2,465.50, and costs of $550. The total judgment amount will bear interest from today until paid at the rate of 1.98%[1] per annum until paid.

IT IS SO ORDERED this 29th day of July, 2019.

_____
James M. Moody Jr.
United States District Judge

---

[1] weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Judgment.